IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO VIVEROS JIMENEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>TIMOTHY AITKEN, et al.,<br><br>    Defendants.<br>_____/ | No. C 13-05443 CRB<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE** |

The Court is in receipt of an ex parte Motion for Temporary Restraining Order ("TRO") filed by Petitioner Pedro Viveros Jimenez, asking the Court to enjoin his continued detention in immigration custody without an individualized bond hearing. See generally TRO. The Court hereby ORDERS Defendants to file a response to the TRO by 5:00 PM on Monday, November 25, 2013, and SETS a hearing in this matter for 10:00 AM on Tuesday, November 26, 2013.

**IT IS SO ORDERED.**

Dated: November 22, 2013

                                      CHARLES R. BREYER
                                      UNITED STATES DISTRICT JUDGE

G:\CRBALL\2013\5443\order re TRO schedule.wpd