1   MELINDA HAAG (CABN 132612)
    United States Attorney
2   ALEX G. TSE (CABN 152348)
    Chief, Civil Division
3   VICTORIA R. CARRADERO (CABN 217885)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7181
6       FAX: (415) 436-6748
        Email: victoria.carradero@usdoj.gov
7
8   Attorneys for Federal Defendants

9   ZACHARY M. NIGHTINGALE (CABN 184501)
    Van Der Hout, Brigagliano & Nightingale, LLP
10
        180 Sutter Street, Fifth Floor
11      San Francisco CA 94104
        Direct Phone (415) 821-8806
12      Main Phone (415) 981-3000
        Fax: (415) 981-3003
13      Email: ZN@vblaw.com

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

18  PEDRO VIVEROS JIMENEZ              Case No.  C 13-05443 CRB
            Plaintiff,
19                                     DHS No. 075-092-194
         v.
20                                     **STIPULATION AND ORDER ON
    TIMOTHY AITKEN ET AL.              BRIEFING AND HEARING SCHEDULE
21                                     FOR PLAINTIFF'S PETITION FOR
            Defendants.                WRIT OF HABEAS CORPUS**
22
23
24
25
26
27
28

1    Plaintiff Pedro Viveros Jimenez and the Federal Defendants, by and through their undersigned

2  counsel, hereby stipulate as follows.

3    WHEREAS, on the afternoon of November 22, 2013, Plaintiff filed a petition for writ of habeas

4  corpus, temporary restraining order ("TRO") and preliminary injunction to be heard on an ex parte basis.

5    WHEREAS, the court ordered a response to the TRO to be filed on Monday, November 25, 2013

6  with a hearing on Tuesday, November 26, 2013.  *See* Dkt No. 4.

7    WHEREAS, the parties have discussed the matter and agree to the following briefing schedule

8  on the petition *in lieu of* an ex parte proceeding on the temporary restraining order and preliminary

9

10 injunction as set forth in Dkt No. 4:

11    The briefing date of November 25, 2013 and hearing date of November 26, 2013 are

12 taken off-calendar.

13    The government shall file a response to the petition by **Monday, December 9, 2013**.

14    Plaintiff shall file a reply by **Friday, December 13, 2013**.

15

16    The court shall hold a hearing on either **December 17, 2013** or **December 18, 2013**.

17    **SO STIPULATED.**

18

19    Respectfully submitted,

20

21 DATED: November 25, 2013    _____/S/_____

22    ZACHARY M. NIGHTINGALE
   Attorney for Plaintiff

23

24    MELINDA L. HAAG
   United States Attorney

25

26 DATED: November 25, 2013    _____/S/_____

27    VICTORIA R. CARRADERO
   Assistant United States Attorney

28    Attorneys for Federal Defendants

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

2          The briefing date of November 25, 2013 and hearing date of November 26, 2013 are taken off

3  calendar. The government shall file a response to the petition by Monday, December 9, 2013.  Plaintiff

4  shall file a reply by Friday, December 13, 2013.  The court shall hold a hearing on December 18, 2013 at

5  2:00 p.m..

6

7

8  DATED:  November 25, 2013

9  HONORABLE _____
   UNITED _____ RT JUDGE

IT IS SO ORDERED

Judge Charles R. Breyer

C 13-05443 CRB
Stipulation and [Proposed] Order