MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7181
  FAX: (415) 436-6748
  Email: victoria.carradero@usdoj.gov

Attorneys for Federal Defendants

ZACHARY M. NIGHTINGALE (CABN 184501)
Van Der Hout, Brigagliano & Nightingale, LLP

  180 Sutter Street, Fifth Floor
  San Francisco CA 94104
  Direct Phone (415) 821-8806
  Main Phone (415) 981-3000
  Fax: (415) 981-3003
  Email: ZN@vblaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEDRO VIVEROS JIMENEZ<br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY AITKEN ET AL.<br><br>    Defendants. | Case No.  C 13-05443 CRB<br><br>DHS No. 075-092-194<br><br>**STIPULATION AND ORDER ON BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S PETITION FOR WRIT OF HABEAS CORPUS** |

Plaintiff Pedro Viveros Jimenez and the Federal Defendants, by and through their undersigned counsel, hereby stipulate as follows.

WHEREAS, on the afternoon of November 22, 2013, Plaintiff filed a petition for writ of habeas corpus, temporary restraining order ("TRO") and preliminary injunction to be heard on an ex parte basis.

WHEREAS, the court ordered a response to the TRO to be filed on Monday, November 25, 2013 with a hearing on Tuesday, November 26, 2013. *See* Dkt No. 4.

WHEREAS, the parties have discussed the matter and agree to the following briefing schedule on the petition *in lieu of* an ex parte proceeding on the temporary restraining order and preliminary injunction as set forth in Dkt No. 4:

The briefing date of November 25, 2013 and hearing date of November 26, 2013 are taken off-calendar.

The government shall file a response to the petition by **Monday, December 9, 2013**.

Plaintiff shall file a reply by **Friday, December 13, 2013**.

The court shall hold a hearing on either **December 17, 2013** or **December 18, 2013**.

**SO STIPULATED.**

Respectfully submitted,

DATED: November 25, 2013           _____/S/_____
                                    ZACHARY M. NIGHTINGALE
                                    Attorney for Plaintiff


                                    MELINDA L. HAAG
                                    United States Attorney

DATED: November 25, 2013           _____/S/_____
                                    VICTORIA R. CARRADERO
                                    Assistant United States Attorney
                                    Attorneys for Federal Defendants

C 13-05443 CRB                                    2
Stipulation and [Proposed] Order

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

2      The briefing date of November 25, 2013 and hearing date of November 26, 2013 are taken off
3  calendar. The government shall file a response to the petition by Monday, December 9, 2013.  Plaintiff
4  shall file a reply by Friday, December 13, 2013.  The court shall hold a hearing on December 18, 2013 at
5  2:00 p.m..

8  DATED:  November 25, 2013



_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE