1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CABN 217885)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7181
6      FAX: (415) 436-6748
       Email: victoria.carradero@usdoj.gov
7
8  Attorneys for Federal Defendants

9  ZACHARY M. NIGHTINGALE (CABN 184501)
   Van Der Hout, Brigagliano & Nightingale, LLP
10
11     180 Sutter Street, Fifth Floor
       San Francisco CA 94104
       Direct Phone (415) 821-8806
12     Main Phone (415) 981-3000
       Fax: (415) 981-3003
13     Email: ZN@vblaw.com

14
15                      UNITED STATES DISTRICT COURT
16                     NORTHERN DISTRICT OF CALIFORNIA
17                           SAN FRANCISCO DIVISION

18  PEDRO VIVEROS JIMENEZ                    Case No.  C 13-05443 CRB
        Petitioner,
19
         v.                                  **STIPULATION TO VACATE BRIEFING
20                                           AND HEARING SCHEDULE FOR
    TIMOTHY AITKEN ET AL.                    PLAINTIFF'S PETITION FOR WRIT OF
21                                           HABEAS CORPUS; AND ORDER**
        Respondents.
22
23
24
25
26
27
28

C 13-05443 CRB                              1
Stipulation and [Proposed] Order

Peitioner Pedro Viveros Jimenez and the Federal Respondents, by and through their undersigned counsel, hereby stipulate as follows.

The parties have met and conferred and this matter will resolve without litigation because Respondents have begun processing Petitioner's release from custody on supervised release.

As soon as Petitioner is released, the parties will file a stipulation to dismiss this matter. Each party will pay their own costs and fees.

The parties hereby request, subject to approval of the Court, that the current briefing schedule and hearing set for December 18, 2013, be vacated.

Respectfully submitted,

DATED: December 9, 2013 _____/S/_____
ZACHARY M. NIGHTINGALE
Attorney for Petitioner


MELINDA L. HAAG
United States Attorney


DATED: December 9, 2013 _____/S/_____
VICTORIA R. CARRADERO
Assistant United States Attorney
Attorneys for Federal Respondents

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  December 11, 2013   _____
HONORABLE
UNITED STATES

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA