1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CABN 217885)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7181
6       FAX: (415) 436-6748
        Email: victoria.carradero@usdoj.gov
7
   Attorneys for Federal Defendants
8
9  ZACHARY M. NIGHTINGALE (CABN 184501)
   Van Der Hout, Brigagliano & Nightingale, LLP
10
         180 Sutter Street, Fifth Floor
11       San Francisco CA 94104
         Direct Phone (415) 821-8806
12       Main Phone (415) 981-3000
         Fax: (415) 981-3003
13       Email: ZN@vblaw.com
14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16
                    SAN FRANCISCO DIVISION
17

| | |
|---|---|
| PEDRO VIVEROS JIMENEZ<br>    Petitioner,<br><br>    v.<br><br>TIMOTHY AITKEN ET AL.<br><br>    Respondents. | Case No.  C 13-05443 CRB<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ACTION** |

C 13-05443 CRB                                1
Stipulation and [Proposed] Order

Petitioner Pedro Viveros Jimenez and the Federal Respondents, by and through their undersigned counsel, hereby stipulate as follows.

As set forth in the stipulation filed with the Court on December 9, 2013 at Dkt No. 10, the parties met and conferred and this matter will resolve without litigation.

Petitioner was released from ICE custody under the Intensive Supervision Appearance Program on December 10, 2013. He is now unable to satisfy the Article II, Sec. 2 requirement of a live case or controversy.

The parties thereby request dismissal of this action as moot.

Each party will pay their own costs and attorneys' fees.

Respectfully submitted,

DATED: December 11, 2013        _____/S/_____
                                 ZACHARY M. NIGHTINGALE
                                 Attorney for Petitioner


                                 MELINDA L. HAAG
                                 United States Attorney

DATED: December 11, 2013        _____/S/_____
                                 VICTORIA R. CARRADERO
                                 Assistant United States Attorney
                                 Attorneys for Federal Respondents

*I, Victoria R. Carradero, attest that I have obtained concurrence in the filing of this document from Plaintiff's counsel, Mr. Zachary Nightingale.
                                 _____/s/_____
                                 VICTORIA R. CARRADERO
                                 Assistant United States Attorney

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  December 12, 2013       _____
                                 HONORABLE CHARLES R. BREYER
                                 UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer (signed stamp)*