MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7181
   FAX: (415) 436-6748
   Email: victoria.carradero@usdoj.gov

Attorneys for Federal Defendants

ZACHARY M. NIGHTINGALE (CABN 184501)
Van Der Hout, Brigagliano & Nightingale, LLP

   180 Sutter Street, Fifth Floor
   San Francisco CA 94104
   Direct Phone (415) 821-8806
   Main Phone (415) 981-3000
   Fax: (415) 981-3003
   Email: ZN@vblaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEDRO VIVEROS JIMENEZ<br>    Petitioner,<br><br>    v.<br><br>TIMOTHY AITKEN ET AL.<br><br>    Respondents. | Case No.  C 13-05443 CRB<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ACTION** |

Petitioner Pedro Viveros Jimenez and the Federal Respondents, by and through their undersigned counsel, hereby stipulate as follows.

As set forth in the stipulation filed with the Court on December 9, 2013 at Dkt No. 10, the parties met and conferred and this matter will resolve without litigation.

Petitioner was released from ICE custody under the Intensive Supervision Appearance Program on December 10, 2013. He is now unable to satisfy the Article II, Sec. 2 requirement of a live case or controversy.

The parties thereby request dismissal of this action as moot.

Each party will pay their own costs and attorneys' fees.

Respectfully submitted,

DATED: December 11, 2013      _____/S/_____
 ZACHARY M. NIGHTINGALE
 Attorney for Petitioner


 MELINDA L. HAAG
 United States Attorney

DATED: December 11, 2013      _____/S/_____
 VICTORIA R. CARRADERO
 Assistant United States Attorney
 Attorneys for Federal Respondents

*I, Victoria R. Carradero, attest that I have obtained concurrence in the filing of this document from Plaintiff's counsel, Mr. Zachary Nightingale.
      _____/s/_____
 VICTORIA R. CARRADERO
 Assistant United States Attorney

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  December 12, 2013      _____
 HONORABLE CHARLES R. BREYER
 UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED* — Judge Charles R. Breyer